**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAMAN SINGH,

                Plaintiff,

    -against-                           24 **CIVIL** 8007 (JPO)

                                                  **JUDGMENT**

ACCUTIME WATCH CORP,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated October 14, 2025, Accutime's motion to dismiss the Amended Complaint under Rule 12(b)(6) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        October 14, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

           **BY:**

                                                         **Deputy Clerk**